The order below is hereby signed.

Signed: January 18, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| HAMMER COMMUNICATIONS, LLC, | ) | Case No. 09-01001 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER FOR RELIEF

On consideration of the petition filed on November 12, 2009, against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

[Signed and dated above.]

Copies to:

Debtor; Chapter 7 Trustee; Office of United States Trustee; David Tatge;

United Bank, a Virginia Banking Institution
Mr. John F. Alexander, Sr. VP
2071 Chain Bridge Road
Vienna, VA 22182

S&S Graphics, LLC
14880 Sweitzer Lane
Laurel, MD 20707

Nick Holdings, Inc.
1530 Landalee Lane
Wilmington, NC 28405