| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07) | Case Number **09–01001** |
|---|---|
| UNITED STATES BANKRUPTCY COURT United States Bankruptcy Court for the District of Columbia || 

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/12/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hammer Communications, LLC
fka Hammer Acquisition, LLC
c/o CT Corporation System
1015 15th Street, N.W.
Washington, DC 20005

| Case Number:<br>09–01001 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>20–1383020 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Hammer Communications, LLC<br>c/o CT Corporation System<br>1015 15th Street, N.W.<br>Washington, DC 20005<br>Telephone number: 202–684–9880 | Bankruptcy Trustee (name and address):<br>Bryan S. Ross<br>1800 K Street, NW<br>Suite 624<br>Washington, DC 20036<br>Telephone number: 202–659–2214 |

## Meeting of Creditors

Date: **February 25, 2010**     Time: **01:15 PM**
Location: **333 Constitution Ave., N.W., Room 1207, First Floor, Washington, DC 20001**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001<br>Telephone number: (202) 354–3280 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Clerk of the Court |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 1/20/10 |

**EXPLANATIONS**  B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT United States Bankruptcy Court for the District of Columbia | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: Hammer Communications, LLC | Case Number: 09-01001 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**   $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property: $_____   Annual Interest Rate___%**

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $_____   Basis for perfection:** _____

   **Amount of Secured Claim: $_____   Amount Unsecured: $_____**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____  _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0090-1           User: myers                  Page 1 of 3                   Date Rcvd: Jan 20, 2010
Case: 09-01001                 Form ID: b9b                 Total Noticed: 131


The following entities were noticed by first class mail on Jan 22, 2010.
tr           +Bryan S. Ross,   1800 K Street, NW,   Suite 624,   Washington, DC 20006-2224
smg           Child Support Services Division,   Office of the Attorney General,
               Judiciary Square 441 4th Street, NW,   5th Floor,   Washington, DC  20001
smg          +Office of Attorney General,   Tax, Bankruptcy, and Finance,   One Judiciary Square,
               441 4th Street, NW,   6th Floor,   Washington, DC 20001-2714
smg           U.S. Attorney's Office,   Civil Division - Judiciary Ct. Building,   555 4th St., N.W.,
               4th Floor,   Washington, DC  20001-2733
ust          +U. S. Trustee for Region Four,   11,   U. S. Trustee's Office,   115 South Union St,
               Suite 210 Plaza Level,   Alexandria, VA 22314-3317
adb          +Hammer Communications, LLC,   c/o CT Corporation System,   1015 15th Street, N.W.,
               Washington, DC 20005-2605
520999       +101 WINS-AM,   PO Box 33085,   Newark, NJ 07188-0085
520879       +About Faces Entertainment, LLC,   8706 Cedar Post,   Ellicott City,   21043-6571
520880       +Adlers Art & Frame,   7200 Q Telegraph Sq. Drive,   Lorton, BVA  22079-1553
521004       +Advanced Mobile Solutions,   996 Old eagle Road # 1105,   Wayne, PA 19087-1806
520881       +Advantage Express, Inc.,   4405 East West Hwy # 205,   Bethesda, MD 20814-4533
520885       +Aquent,   PO Box 414552,   Boston, MA 02241-4552
520887       +Atlanta Promotional Products,   1000 JOhnson Ferry Td # F 140,   Marietta, GA 30068-2179
520888       +Baltimore Examiner,   1015 15th Street NW,   # 500,   Washington, DC 20005-2625
520889       +Bloomberg Communications, Inc.,   PO Box 30198,   Hartford, CT 06150-0198
520949       +Bob Narod, Photographer, LLC,   46950 Community Plaza #c 212,   Sterling, VA 20164-1814
520890       +Boss Staffing,   8120 Woodmont Ave # 400,   Bethesda, MD 20814-2743
520891       +C&R Printing, Inc.,   4447-B Brookfield Corp Dr,   Chantilly, VA 20151-1692
520892       +C2 Media, Inc.,   7700 Leesburg Pike,   Falls Church, VA 22043-2615
520900        CSI,   205wEST JEFFERSON STREET,   Falls Church, VA 22046
520901       +CT Corporation,   1015 15th Street NW #1000,   Washington, DC 20005-2621
520893       +Carr, Morris & Graeff, P.C.,   1120 G Street, NW #930,   Washington, DC 20005-3842
520905       +Christine Delucchi,   1801 L Street NW,   Washongton, DC 20036-3811
520894       +City of Burlington,   PO Box 1358,   Burlington, NC 27216-1358
520895       +Colonial Parking, Inc.,   1050 Thomas Jeffereson NW # 100,   Washington, DC 20007-3812
520896       +ColorNet Printing & Graphics,   18630 Woopdfield Rd,   Gaithersburg, MD 20879-4711
520897       +Comprint Military Publications,   9030 Comprint Court,   Gaithersburg, MD 20877-1307
520942       +Comptroller of Maryland,   Revenue Admin Div,   Annapolis, MD 21411-0001
520898       +Consolidated Graphic Communications,   1901 Mayview Road,   PO Box 796,
               Bridgeville, PA 15017-0796
520899       +Crittenden,   PO Box 1150,   Novato, CA 94948-1150
520902       +DC CHAMBER OF COMMERCE,   1213 K Street NW,   Washington, DC 20005-4011
520903        DE COMMUNITY NEWSPAPERS,   3712 Highway 1,   Rehoboth Beach Plaza,   Rehoboth Beach, DE 19971
520910       +David Robinson & Associates, Inc.,   1738 Elton Road,   #126,   Silver Spring, MD 20903-1784
520907       +Department of Employment Services,   609 H Street #353 NE,   Washington, DC 20002-4347
520904       +Digilink, Inc.,   840 South Pickett St,   Alexandria, VA 22304-4606
520906        Dodge Color, Inc.,   1941-L Bournefield Way,   Silver Spring, MD 20904
520908       +Dolphin Capital Corporation,   PO Box 605,   Moberly, MO 65270-0605
520909       +Dover Post Company,   609 E Division Street,   Dover, DE 19901-4201
520911       +Duke Power,   PO Box 70515,   Charlotte, NC 28272-0515
520912       +Earthlink, Inc.,   PO Box 7645,   Atlanta, MD 30357-0645
520913       +Element,   18335 Coastal Hwy,   Suite ,   Lewes, DE 19958-2738
520914       +Emerald Financial Group,   23200 Brewers Tavern Way,   Clarksburg, MD 20871-4391
520916       +Envelopes Unlimited, Inc,   649 N. Horners Lane,   Rpckville, MD 20850-1299
520917       +Fulfillment House, Inc.,   13860 Redskin Dr,   Herndon, VA 20171-3208
520919       +Garson & Associates, LLC,   7910 Woodmont Ave,   # 650,   Bethesda, MD 20814-7066
520921       +Graphics-3, Inc.,   409 E Main,   Richmond, VA 23219-3821
520922       +Grossberg, Yochelson, Fox & Beyda,LLP,   2000 L Street NW # 675,   Washington, DC 20036-4900
520924       +Hill Rag,   224 7th St SE #300,   Washington, Dc 20003-4420
520926       +Ikon Financial Services,   PO Box 6338,   Macon, GA 31208-6338
520925       +Ikon Office Solutions Inc.,   855 Winding Brook Drive,   Glastonbury, CT 06033-1231
520927        Imagenius Inc,   2800 14th Ave # 204,   Markham, Ontario, Canada,    L3R 0E4
520929       +Intelligencer Printing Company,   PO Box 1328,   Lancaster, PA 17608-1328
520930       +Jarboe Printing Company, Inc.,   15 Oglethorpe St NW,   Washington, DC 20011-2346
520923       +Jonathon Haworth,   1925 North Woodley St,   Arlington, VA 22207-2224
520931       +Jones Lang LaSalle,   1000 Potomac Street NW # B-2,   Washington, DC 20007-3562
520932       +Kundra & Associates, P.C.,   110 North Washington St #406,   Rockville, MD 20850-2263
520933       +LaBar Media, LLC,   6240 Valley Road,   Bethesda, MD 20817-3253
520934       +Lake Lithograph Company,   10371 Central Park Drive,   Manassas, VA 20110-4197
520935       +Lakeland Bank,   PO Box 425,   Montville, NJ 07045-0425
520936       +Lamar Advertising,   6597 Peachtree Industrial Blvd,   Norcross, GA 30092-3720
520938       +Leesburg Today, Inc,   1 E Market St PO Box 591,   Leesburg, VA 20176-3014
520939       +Lexus Financial Services, Inc.,   PO Box 17187,   Baltimore, MD 21297-0511
520940       +MAMSI Life and Health,   PO Box 13615,   Philadelphia, PA 19101-3615
520941       +MCARDLE Printing Company,   800 Commerce Dr,   Upper Marlboro, MD 20774-8792
520943       +Media Placement Services, Inc.,   709 Westchester Dr,   Suite 101,   High Point, NC 27262-2400
520944        Metro Networks,   4554 Wisconsin Ave NW,   Checy Chase, MD 20815
520945       +Mid-Atlantic Printers Limited,   503 Third Street,   Altavista, VA 24517-1462
520946       +Minuteman Press, Inc.,   2000 K St NW,   Washington, Dc 20006-1809
520947       +Mosaic,   4801 Viewpoint P1,   Cheverly, MD 20781-1100
520950       +Nation's Capital Archives, Inc.,   14811 Farm Creek Dr,   Woodbridge, VA 22191-3555
520948       +National Association of Home Builders,   1201 15th St NW,   Washington, DC 20005-2800
520951       +New Home Media,   PO box 636,   Newington, VA 22122-0636
520952       +Nittany Business Movers, Inc.,   9408 C&D Gunston Cove Rd,   Lorton, VA 22079-2302
520953       +Northern Virginia BLDG. Industry Association,   14160 Newbrook Dr # 200,
               Chantilly, VA 20151-2298
521005       +Nova Spiritus Tech,   11587 Maple Ridge Rd,   Reston, VA 20190-3605
```

```
District/off: 0090-1          User: myers                 Page 2 of 3                   Date Rcvd: Jan 20, 2010
Case: 09-01001                Form ID: b9b                Total Noticed: 131

520960       ++PIEDMONT NATURAL GAS,   ATTN CBO BANKRUPTCY,   4339 SOUTH TRYON ST,   CHARLOTTE NC 28217-1733
              (address filed with court: Piedmont Natural Gas,   PO Box 33068,   Charlotte, NC 28233)
520965        PUNCHSTOCK.COM,   8817 Excelsior Dr # 300,   Madison, WI 53717
520956       +Pamal Broadcasting,   PO Box 310,   Beacon, NY 12508-0310
520957       +Patuxent Publishing, Inc.,   10750 Little Pautexent Pkwy,   Columbia, MD 21044-3183
520958       +Pitney Bowes Credit Corporation,   PO Box 856460,   Louiville, KY 40285-6460
520962       +Potomac News, Inc.,   14010 Smoketown Rd,   Woodbridge, VA 22192-4799
520959       +Professional Graphics Printing Company,   9550 Lynn Buff Ct,   Laurel, MD 20723-6324
520963       +Progress Printing,   2677 Waterlick Rd,   Lynchburg, VA 24502-4861
520964       +Promotional Considerations,   6250 Gorman rd,   Richmond, VA 23231-6037
521006       +Qorvis Communications, LLC,   1201 Conneticut ve NW #300,   Washington, DC 20036-2656
520966       +Reed & Witting Company,   2900 Sassafrass Way,   Pittsburgh, PA 15201-1547
521007       +Robert Half Technology,   12400 Collections Center Drive,   Chicago, IL 60693-0124
520970       +SchagrinGAS Company,   1000 N Borad St PO Box 427,   Middleton, DE 19709-0427
520971       +Screen America,   44652 Guilford Dr,   Ashburn, VA 20147-6006
520972       +Severn Graphics, Inc.,   7590 Ritchie Hwy,   Glen Burnie, MD 21061-3722
520975       +Sir Speedy - Springfield,   6715 Backlick Road # D,   Springfield, VA 22150-2708
520974       +Southside Townhomes HOA,   PO Drawer 10265,   Greensboro, NC 27404-0265
520978       +Studio Center, Inc.,   200 West 22nd Street,   Norfolk, VA 23517-2208
521008       +Synerfac Technical Staffing,   PO Box 8538-235,   Philadelphia, PA 19171-0001
521009       +Tampa Bay Convention & Visitor’s Bureau,   400 N Tampa Street #2800,   Tampa, FL 33602-4713
520979       +Target Market Search, Inc.,   300 North Stonestreet Ave,   Rockville, MD 20850-1655
521010       +Tech River,   8300 Boone Blvd #500,   Vienna, VA 22182-2681
520920       +The Goetz Printing Company, Inc.,   7939 Angus Court,   Springfield, VA 22153-2844
520980       +The Hill Newspaper,   1625 K Street NW 9th Fl,   Washington, DC 20006-1604
520937       +The Lamar Companies - Ruckersville, VA,   29 Indistrial Drive,   Ruckersville, VA 22968-2848
520954       +The New York Times,   PO Box 7777,   Philadelphia, MD 19175-0001
520967       +The Retirement Net,   PO Box 16768,   Asheville, NC 28816-0768
520968       +The Reznick Group, P.C.,   7700 Old Georgetown Road,   # 400,   Bethesda, MD 20814-6224
520969       +The Ritz Carlton - Georgetown,   3100 South Street NW,   Washington, DC 20007-4418
520973       +The Shops at Paynters Mill,   19633 Blue Bird Lane,   Rehoboth Beach, DE 19971-6130
520987       +The Vargo Company,   4932 Iroquois Ave,   Erie, PA 16511-2455
520981       +Time Warner Cable - NYC,   41-61 Kissena Blvd,   Flushing, NY 11355-3189
520982       +Times Community Papers, Inc.,   1760 Reston Pkwy # 411,   Reston, VA 20190-3360
520983       +Town Sports International,   30 Cliff Street,   New York, NY 10038-2825
520886       +Treasurer Arlington County,   PO Box 1750,   Merrifield VA 22116-1750
520986       +US LEC Corporation,   PO Box 601310,   Charlotte, NC 28260-1310
520984       +United Bank,   PO box 298,   Dunbar, WV 25064-0298
520985       +United Parcel Services, Inc.,   PO Box 7427-0244,   Philadelphia, PA 19170-0001
520992       +VMW Logistic , Inc.,   PO Box 10864,   McLean. VA 22102-8864
520991        Vision Creative,   600 H Henry Street,   Alexandria, VA 22314
520993       +WAMU-FM/American University,   4400 Massachusetts Ave NW,   Washington, DC 20016-8200
520994       +WCBS Newsradio 880,   524 West 57th St,   New York, NY 10019-2924
520995       +WCBS-FM 101.1,   1515 Broadway,   New York, NY 10036-8901
520997       +WFAN Sports Radio 66 AM,   34-12 36th St,   Astoria, NY 11106-1200
521000       +WJFK-AM,   PO Box 33171,   Newark, NJ 07188-0171
521001       +WNAV,   PO Box 6726,   Annapolis, MD 21401-0726
521002       +WPOC-FM,   Clear Channel Radio,   711 West 40th Street # 350,   Baltimore, MD 21211-2190
521003       +WVIR-TV / NBC 29,   PO Box 769,   Charlottesville, VA 22902-0769
520996       +Westland Enterprises,   15421 Old Columbia Pike,   Burtonsville, MD 20866-1631
520998       +Wildes-Spirit Design & Printing,   PO Box 1510,   White Plains, MD 20695-1510

The following entities were noticed by electronic transmission on Jan 20, 2010.
tr           +EDI: QBSROSS.COM Jan 20 2010 18:28:00      Bryan S. Ross,   1800 K Street, NW,   Suite 624,
              Washington, DC 20006-2224
520884       +EDI: AMEREXPR.COM Jan 20 2010 18:28:00      American Express,   PO Box 1270,
              Newark, NJ 07101-1270
520961       +EDI: BANKAMER.COM Jan 20 2010 18:28:00      PNC Bank,   PO Box 15019,   Wilmington, DE 19850-5019
520988       +EDI: AFNIVZCOMBINED.COM Jan 20 2010 18:28:00      Verizon,   PO Box 17577,
              Baltimore, MD 21297-0513
521011       +EDI: AFNIVZCOMBINED.COM Jan 20 2010 18:28:00      Verizon,   PO Box 17577,
              Bsltimore, MD 21297-0513
520989       +EDI: AFNIVZCOMBINED.COM Jan 20 2010 18:28:00      Verizon,   PO Box 660748,
              Dallas, TX 75266-0748
520990       +EDI: AFNIVZWIRE.COM Jan 20 2010 18:28:00      Verizon Wireless,   PO Box 17464,
              Baltimore, MD 21297-1464
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
520882        Aetna
520883        Alter Communications, Inc.
520915        Entercom - Greensboro,   7819 National Servicr Rd.
520928        Image Media Services, Inc.
520955        Office Team, Inc.
520976        Stafford Printing Inc.,   2707 Jefferson Davis Hwy
520977        Stafford, VA 22554
520918        Timothy Gallagher
                                                                                              TOTALS: 8, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0090-1           User: myers              Page 3 of 3              Date Rcvd: Jan 20, 2010
Case: 09-01001                 Form ID: b9b             Total Noticed: 131
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2010**                    **Signature:**    _Joseph Speetjens_