**The order below is signed.**

   In combination with the order for relief entered on January 20, 2010, this order renders moot the Motion to Strike Voluntary Petition and For Entry of Order for Relief on Involuntary Petition (Dkt. No. 13) filed on January 19, 2010.  It is thus additionally

   ORDERED that the Motion to Strike Voluntary Petition and For Entry of Order for Relief on Involuntary Petition (Dkt. No. 13) is dismissed as moot.

   Dated: January 31, 2010.



**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
              UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLUMBIA

  In re                          )
                                 )
  HAMMER COMMUNICATIONS, LLC,    )   Case No. 09-01001
                                 )   (Chapter 7)
           Debtor.               )
```

### ORDER STRIKING VOLUNTARY PETITION

   After the filing of the involuntary petition, but before the entry of the order for relief, Jack R. Shoptaw, former president of the debtor, filed a voluntary petition on behalf of the debtor.  The voluntary petition was signed only by Mr. Shoptaw, and not by an attorney in good standing with the District Court of which this court is a unit.  It is well-established that corporate entities such as the debtor are not permitted to appear pro-se, and must be represented by and appear through counsel.  It is thus

   ORDERED that the voluntary petition filed by Mr. Shoptaw (Dkt. No. 8) is STRICKEN.

                              [Signed and dated above.]

Copies to: Debtor; Chapter 7 Trustee; Office of United States Trustee; David Tatge;

United Bank, a Virginia Banking Institution
Mr. John F. Alexander, Sr. VP
2071 Chain Bridge Road
Vienna, VA 22182

S&S Graphics, LLC
14880 Sweitzer Lane
Laurel, MD 20707

Nick Holdings, Inc.
1530 Landalee Lane
Wilmington, NC 28405

Hammer Communications, LLC
c/o Jack Shoptaw, III
1010 Wisconsin Ave., NW, #250
Washington, D.C. 20007

Jack R. Shoptaw, III
8020 Norwich Court
Port Tobbacco, MD 20677