IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:
HAMMER COMMUINCATIONS
Fka HAMMER ACQUISITION LLC
C/O CT CORPORATION SYSTEM

DEBTOR

Chapter 7
Case No.: 09-01001

FILED
FEB 03 2010
Clerk, U.S. Bankruptcy District and Courts

### REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IKON Financial Services hereby requests that IKON Financial Services be added to the official mailing matrix and service lists in this case. IKON Financial Services further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: _Maie Griner_

Maie Griner
Recovery Data Coordinator
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708
(800) 480-6513

Dated: January 31, 2010

IKON Financial Services Reference #:                1272116-LC0685